IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ANGELA BERNICE RAWLINGS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CIVIL NO. 3:10CV46

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on July 21, 2010. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)　The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)　Plaintiff's Motion for Summary Judgment (docket no. 9) and Motion to Remand (docket no. 10) are GRANTED.

(3)　Defendant's Motion for Summary Judgment (docket no. 12) is DENIED.

(4)　The decision of the Commissioner is REVERSED AND REMANDED for further proceedings.

(5)　This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

                                     /s/　REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: August 19, 2010